No. 455.   IRVIN *v.* CHAPMAN, SUPERINTENDENT OF RAIFORD STATE PENITENTIARY.   Supreme Court of Florida.   Certiorari denied.   *Thurgood Marshall, Jack*

916

*Greenberg* and *Frank D. Reeves* for petitioner. *Richard W. Ervin*, Attorney General of Florida, and *Reeves Bowen*, Assistant Attorney General, for respondent.